**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:    *Kendall Bell v. The State of Texas*

Appellate case number:    01-15-00510-CR

Trial court case number:    1394740

Trial court:    263rd District Court of Harris County

Date motion filed:    July 13, 2018

Party filing motion:    The State of Texas

It is ordered that the motion for en banc reconsideration **DENIED.**

Judge's signature: /s/Jennifer Caughey
☐ Acting Individually ☒ Acting for the Court

Panel consists of: Chief Justice Radack, and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Lloyd, and Caughey.

Date:  November 27, 2018